# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Judge Steven M. Gold |
| **DATE:** | July 28, 2016 |
| **TIME:** | 2:00 P.M. |
| **DOCKET NUMBER:** | CV-15-3135 (AMD) |
| **NAME OF CASE:** | GOVERNMENT EMPLOYEES INSURANCE CO. ET AL V. KINER, L.A.C. |
| **FOR PLAINTIFF:** | Sirignano, Smith |
| **FOR DEFENDANT(S):** | |
| **NEXT CONFERENCE:** | September 9, 2016 (See rulings below) |
| **COURT REPORTER/FTR:** | 2:07-2:36 |

**RULINGS FROM STATUS CONFERENCE:**

No appearance by Dr. Davis, the subject of the Order to Show Cause.   Plaintiffs will supplement their motion papers by submitting additional evidence that Dr. Davis was at the address of service at the time the so-ordered subpoena was served.     ORDER TO SHOW CAUSE ISSUED AS TO NON-PARTY ANVERS DZAFAROVS.  HEARING SET FOR SEPTEMBER 9, 2016 AT 11:30.   Counsel for plaintiff will file the signed order to show cause with the Court's signature obscured.